IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50015
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

0.11 ACRES OF LAND, ETC., ET Al.,

Defendants,

WALTER W. COOPER,

Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-92-CA-858
- - - - - - - - - -

December 5, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Walter W. Cooper, proceeding pro se, appeals the district

court's decision in the condemnation proceeding initiated by the

Solicitor of the Department of the Interior regarding the taking

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

of his property under the power of eminent domain for use in the San Antonio Missions National Historical Park.

Cooper contests the district court's finding that he was entitled to compensation for only the subject property. He also contests the method used to appraise the property and the value determined by the court as "just compensation."

The district court determined that the United States met its burden on the issue of eminent domain but that Cooper was entitled to $1,500 as just compensation. We have reviewed the record and the district court's memorandum ruling and find no clear error.

Cooper also contends that he did not acquiesce in the taking, that he should have been allowed to accompany the appraiser for the appraisal, and that the United States purchased property that does not belong to him. Cooper failed to present these issues to the district court; thus, this court will not consider them.

Accordingly, we affirm the decision of the district court.

AFFIRMED